AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clement, Fredrick E. | Bankruptcy Court California Eastern District | 04/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

2500 Tulare Street
Fresno, CA 93721

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (See Part VIII) |
| 2. | Member Board of Directors | Central California Bankruptcy Association |
| 3. | Member Board of Directors | Sacramento Valley Bankruptcy Forum |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 04/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sacramento Valley Bankruptcy Forum | February 22-23, 2018 | Sacramento, California | Annual Conference | Meals, Travel, Lodging and Registration |
| 2. | Central California Bankruptcy Association | September 21-22, 2018 | Fresno, California | Annual Conference | Registration and Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 04/01/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 04/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1(H)/(Includes Non-Roth account) | | | | | | | | | |
| 2. -American Funds- Income Fund of America A | C | Dividend | | | | | | | |
| 3. | | | | | Buy (add'l) | 4/24/18 | J | | |
| 4. | | | | | Sold | 10/31/18 | | | |
| 5. -American Funds- Investment Company of America | B | Dividend | | | | | L | | |
| 6. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 7. | | | | | Sold | 10/31/18 | L | | |
| 8. -Franklin Funds- Franklin Income Fund | B | Dividend | | | | | | | |
| 9. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 10. | | | | | Sold | 10/31/18 | L | | |
| 11. -Invesco VK Comstoc | A | Dividend | | | Sold | 10/31/18 | K | | |
| 12. -Invesco VK Equity and Income | A | Dividend | | | | | | | |
| 13. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 14. | | | | | Sold | 10/31/18 | K | | |
| 15. -Invesco VK Growth and Income | A | Dividend | | | Sold | 10/31/18 | L | | |
| 16. -Morgan Stanley Money Market account (fka MS Money Mkt Fd) | A | Interest | | | Sold | 10/31/18 | J | | |
| 17. -Real Property (Tri-Plex) - King City, Monterey County, CA | E | Rent | | | Sold | 07/12/18 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 04/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 19.  Trust #2(H)/(Includes Roth account) | | | | | | | | | |
| 20.  -American Funds- Capital World Growth and Income | B | Dividend | J | T | | | | | |
| 21.  -American Funds- Income Fund of America A | C | Dividend | L | T | Buy (add'l) | 10/31/18 | L | E | |
| 22.  -American Funds- Investment Company of America A | D | Dividend | L | T | | | | | |
| 23. | | | | | Buy (add'l) | 10/31/18 | L | E | |
| 24. | | | | | Sold (part) | 11/20/18 | J | A | |
| 25.  -Franklin Funds Income Fund | B | Dividend | L | T | | | | | |
| 26. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 27. | | | | | Sold (part) | 05/02/18 | J | | |
| 28. | | | | | Buy (add'l) | 10/31/18 | L | E | |
| 29.  -Invesco VK Comstoc A | A | Dividend | L | T | Buy (add'l) | 10/31/18 | K | E | |
| 30.  -Invesco Equity Income A | B | Dividend | K | T | Buy | 10/31/18 | K | D | |
| 31.  -Invesco Growth and Income A | D | Dividend | K | T | Buy | 10/31/18 | L | E | |
| 32.  -Morgan Stanley Money Market account | A | Interest | K | T | | | | | |
| 33.  -Oil Painting | | None | K | W | | | | | |
| 34.  -Wells Fargo Account #1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 04/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Wells Fargo Account #2 | A | Interest | J | T | | | | | |
| 36. -Gold Coins (13 oz) | | None | K | W | | | | | |
| 37. -Real Property (Tri-Plex)-King City, Monterey County, CA | D | Rent | N | W | Buy | 07/12/18 | N | | |
| 38. IRA(H) | | | | | | | | | |
| 39. -American Funds- Growth Fund of America | C | Dividend | K | T | | | | | |
| 40. -American Funds- Income Fund of America | B | Dividend | K | T | | | | | |
| 41. -First Eagle Global Fund | A | Dividend | J | T | | | | | |
| 42. -Invesco VK Comstoc | B | Dividend | K | T | | | | | |
| 43. -Investment Company of America | B | Dividend | J | T | | | | | |
| 44. -Morgan Stanley Money Market account | A | None | J | T | | | | | |
| 45. New York Life: Whole Life Policy (no control) | A | Dividend | J | T | | | | | |
| 46. Tri Counties Bank Account #1 | A | Interest | J | T | | | | | |
| 47. Tri Counties Bank Account #2 | A | Interest | J | T | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 04/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

Prior to 2018, Filer was a trustee of trust #1 and will be a future beneficiary of trusts # 1 and #2. In 2018, the assets of trust # 1 were distributed to trustee #2.

VII. Investments and Trusts

Trust # 1 distributed assets (lines 4, 7, 10, 11 , 14, 15 and 17) are shown as "Sold." Trust # 2's receipt of those same assets (lines 21, 23, 28, 29, and 37) is shown as "Buy (add'l)."

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 04/01/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Fredrick E. Clement**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544